

# NUMBER 13-17-00155-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JUAN CARLOS PERERA,                                    APPELLANT,

v.

THE STATE OF TEXAS,                                    APPELEE.

On appeal from the 206th District Court
of Hidalgo County, Texas.

# ORDER

**Before Chief Justice Valdez and Justices Longoria and Hinojosa**
**Order Per Curiam**

Currently pending before the Court is appellant's motion for pro se access to the appellate record and motion for extension of time to file a pro se brief. Appellant's counsel has filed an *Anders* brief herein and appellant has been unable to examine the record so that he can file a pro se brief.

Accordingly, it is hereby ORDERED that the trial court ensure that appellant has the opportunity to fully examine the appellate record on or before August 21, 2017, and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

Appellant's motion for extension of time to file a pro se brief is GRANTED. Appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his pro se brief with this Court. The State shall have twenty days thereafter to file its response, if any.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed
the 4th day of August, 2017.

2